IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:12-CR-241** |
| **v.** | : | |
| **OMOEFE OKORO** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, the Court hereby **DENIES** the Motion to Dismiss for Pre-Arrest Violation for Defendant's Right to a Speedy Trial (Doc. 42) filed by Defendant.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Date: December 10, 2019