IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:12-CR-241 |
| **v.** | : | |
| **OMOEFE OKORO** | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 9th day of February, 2022, upon consideration of Defendant Omoefe Okoro's motion to dismiss the indictment (Doc. 101) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge